UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLFORIDA

CASE NO. 16-81997-CIV-ROSENBERG/HOPKINS

**DELIO CAMPINS,**

    **Plaintiff,**

vs.

**BBA AVIATION USA, INC.,
LIFE INSURANCE COMPANY OF
NORTH AMERICA,**

    **Defendants.**

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("Defendant LINA"), hereby discloses the following in its Certificate of Interested Parties and Corporate Disclosure Statement:

1. A complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    (a)    Delio Campins – The named Plaintiff

    (b)    Sherril Colombo, Esq.– Solely in her capacity as counsel for Defendant LINA

    (c)    Lindsay M. Alter, Esq. – Solely in her capacity as counsel for Defendant LINA

    (d)    Littler Mendelson, P.C. – Solely in its capacity as counsel for Defendant LINA

    (e)    LINA – The named Defendant

    (f)    BBA Aviation USA, Inc. – The named Co-Defendant

(g)     Attorney Edward Philip Dabdoub, solely in his capacity as counsel for Plaintiff.

2.     Pursuant to Fed. R. Civ. P. 7.1, Defendant LINA for its Corporate Disclosure Statement, states as follows:

LINA is a wholly-owned subsidiary of Connecticut General Corporation, a Connecticut corporation. Connecticut General Corporation is a wholly-owned subsidiary of Cigna Holdings, Inc., a Delaware corporation. Cigna Holdings, Inc. is a wholly owned subsidiary of Cigna Corporation, a publicly held Delaware corporation, whose shares are traded on the New York stock exchange.

DATED: this 13th day of February, 2017

Respectfully submitted,

By: /s/ Lindsay M. Alter
    Lindsay M. Alter, Esq.
    Florida Bar No. 103237
    E-mail: lalter@littler.com
    Secondary: btapia@littler.com
    Sherril Colombo, Esq.
    Florida Bar No. 948799
    E-mail: scolombo@littler.com
    Secondary: mpiloto@littler.com
    LITTLER MENDELSON, P.C.
    Attorneys for Defendants
    333 SE 2nd Avenue, Suite 2700
    Miami, Florida 33131
    Telephone: (305) 400-7500
    Facsimile: (305) 603-2552

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of February 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Lindsay M. Alter
Lindsay M. Alter, Esq.

## SERVICE LIST

**COUNSEL FOR PLAINTIFF**

Edward Philip Dabdoub
WAGAR DABDOUB, P.A.
1600 Ponce de Leon Blvd
Suite 1205
Coral Gables, Florida 33134
Telephone:  (305) 754-2000
Fax:  (305) 754-2007
Email:  eddie@miamidisabilitylawyers.com
Attorney for Plaintiff